**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 18 MAL 2023

Respondent                      :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

v.                              :

                                       :

STACY MARIE BRITTON,             :

                                       :

Petitioner                      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.